UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NACS; NATIONAL RETAIL FEDERATION; FOOD MARKETING INSTITUTE; MILLER OIL CO.; BOSCOV'S DEPARTMENT STORE, LLC; and NATIONAL RESTAURANT ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,<br><br>Defendant. | No. 1:11-cv-02075-RJL |

**NOTICE RE: AVAILABILITY FOR ORAL ARGUMENT ON OCTOBER 2, 2012**

Counsel for *amici curiae* The Clearing House Association L.L.C. *et al.* respectfully submits this notice in response to the Court's query at the status conference on July 13, 2012 regarding my availability to present oral argument on Tuesday, October 2, 2012, at 11:00 a.m. on behalf of The Clearing House Association and the other bank and credit union trade associations who have appeared as *amici curiae* in the above-captioned case. I am available on that date and at that time. Thank you for allowing our appearance to address the issues in this case.

Respectfully submitted,

 /s/ Seth P. Waxman
Seth P. Waxman (DC Bar No. 257337)
  seth.waxman@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

- 2 -

Tel: (202) 663-6000
Fax: (202 663-6363

*Counsel for Amici Curiae*

Dated:  July 19, 2012