UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NACS; NATIONAL RETAIL FEDERATION; FOOD MARKETING INSTITUTE; MILLER OIL CO.; BOSCOV'S DEPARTMENT STORE, LLC; and NATIONAL RESTAURANT ASSOCIATION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,<br><br>　　　　Defendant. | Civil Case No. 11-02075 (RJL) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 31st day of July, 2013, hereby

**ORDERED** that the plaintiffs' Motion for Summary Judgment [Dkt. #20] is **GRANTED**; and it is further

**ORDERED** that the defendant's Cross-Motion for Summary Judgment [Dkt. #23] is **DENIED**; and it is further

**ORDERED** that a status conference will be held in Courtroom 18 on 8/14/13 at 11:30 am to discuss briefing of the vacatur issues.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　RICHARD J. LEON
　　　　　　　　　　　　　　　　　United States District Judge