# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NACS; NATIONAL RETAIL                    )
FEDERATION; FOOD MARKETING               )
INSTITUTE; MILLER OIL CO.;               )
BOSCOV'S DEPARTMENT STORE,               )
LLC; and NATIONAL RESTAURANT             )
ASSOCIATION,                             )
                                                        )
        Plaintiffs,                      )   Civil Case No. 11-02075 (RJL)
                                                         )
        v.                               )
                                                         )
BOARD OF GOVERNORS OF THE                )
FEDERAL RESERVE SYSTEM,                   )
                                                         )
        Defendant.                       )

**FILED**

SEP 1 9 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## MEMORANDUM ORDER
### (September 18, 2013) [#42]

On July 31, 2013, I issued an opinion and entered an order granting plaintiffs'

motion for summary judgment and denying defendant's cross-motion. *See* Mem. Op.

[Dkt. #38]; Order [Dkt. #39].[1]  At the end of the opinion, I explained why I believed it

was appropriate to vacate the Board's interchange transaction fee (12 C.F.R. § 235.3(b))

and network non-exclusivity (12 C.F.R. § 235.7(a)(2)) regulations, but to stay vacatur

pending a new rulemaking. *See* Mem. Op. at 55–57.  I also expressed my preference for

the stay to be relatively short-term, measured in "months, not years." *Id.* at 57 (quoting

*Natural Res. Def Council v. EPA*, 489 F.3d 1250, 1265 (D.C. Cir. 2007) (Rogers, J.,

---

[1] *See NACS v. Bd. of Governors of Fed. Reserve Sys.*, --- F. Supp. 2d ----, 2013 WL
3943489 (D.D.C. 2013).

concurring in part and dissenting in part)).  Since that day, the parties appeared before me twice and filed briefs regarding the duration of the stay and the possibility of an interim rulemaking.  *See* Min. Entries Aug. 14, 2013 and Aug. 21, 2013; Def.'s Consent Mot. for Stay Pending Appeal [Dkt. #42]; Pls.' Combined Resp. in Supp. of Def.'s Mot. for Stay & Submission in Resp. to Court's Request for Briefing on Interim Final Rulemaking [Dkt. #43]; Br. Amici Curiae Pursuant to Court's Order of Aug. 14, 2013 [Dkt. #44]; Def.'s Supp. Br. Regarding Authority to Issue Interim Final Rule [Dkt. #45].  Upon consideration of those pleadings, oral arguments, and the entire record, I conclude that the stay should remain in place while our Circuit Court reviews my decision.

Thus, it is hereby

**ORDERED** that the Defendant's Consent Motion for a Stay Pending Appeal is **GRANTED**; and it is further

**ORDERED** that the stay shall remain in place until further order of this Court following a ruling on the Board's appeal.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge