UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NACS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Case No. 11-2075 (RJL) |
| | ) | |
| BOARD OF GOVERNORS OF THE | ) | |
| FEDERAL RESERVE SYSTEM, | ) | **FILED** |
| | ) | |
| Defendant. | ) | JUN 1 1 2015 |

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**ORDER**
(June 10, 2015)

Consistent with the District of Columbia Circuit's decision in *NACS v. Board of Governors of the Federal Reserve System*, 746 F.3d 474 (D.C. Cir. 2014), it is hereby

**ORDERED** that this case is **REMANDED** to the Board of Governors of the Federal Reserve System (the "Board") for further consideration consistent with the Circuit's decision; it is further

**ORDERED** that within 60 days from the date of this Order, the Board will articulate a reasonable justification for determining that transactions-monitoring costs properly fall outside the fraud-prevention adjustment; it is further

**ORDERED** that within 30 days from the date on which the Board offers the foregoing justification, the parties shall submit a joint status report containing their suggestions for how this case should proceed; and it is further

**ORDERED** that the case shall remain **STAYED** until such time as ordered otherwise.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge